IN THE UNITED STATES DISTRICT COURT  **FILED**
FOR THE DISTRICT OF COLUMBIA

JUN 2 2 2011

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| AHMED ADNAN AJAM,<br>ISN 326<br>      Petitioner,<br><br>v.<br><br>BARACK H. OBAMA, *et al.*,<br><br>      Respondents. | Civil Action No. 09-cv-00745 (RCL) |

## [~~PROPOSED~~] ORDER

Having considered Petitioner's response to Respondents' sealed motion (Doc.

1532), and his unopposed motion to seal the proposed public factual return, and the entire

record, it is hereby

ORDERED, that Petitioner's unopposed motion to seal the proposed public

factual return is granted.

SO ORDERED.

ROYCE C. LAMBERTH
United States District Judge

DATED: June _21_ , 2011.